JAMES E. MILLER
RAPHAEL SHANNON
LORI A. NORD
DIANE SIDD-CHAMPION
JEROME A. MOORE
PATRICIA A. McCORMICK
ELIZABETH J. MASSON

McCARTHY, JOHNSON & MILLER
LAW CORPORATION
595 Market Street, Suite 2200
San Francisco 94105-2834
Tel: (415) 882-2992
Fax: (415) 882-2999

P. H. McCARTHY, JR.
(1906-1983)

HERBERT S. JOHNSON
(1911-1989)

SACRAMENTO AREA:
(916) 443-0726

December 28, 2006

The Honorable Charles R. Breyer
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

   Re: *Board of Trustees of the Pipe Trades District Council No. 36 Health and Welfare Trust Fund, et al. v. Ramcon Company, Inc., a California Corporation*
     U.S. District Court, Northern District of California Case No. C 06-04786 CRB

Dear Judge Breyer:

  I am writing to ask if the status conference scheduled for January 5, 2007 can be taken off calendar or moved to January 19, 2007, the date of the hearing on the motion for default motion. Please advise me if the status conference is re-scheduled.

  Thank you for your consideration.

            Sincerely,

            LORI A. NORD

LAN:al
cc: Ramcon Company, Inc.

Order vacating case management conference.



Jan. 03, 2007